UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                            )
                                                  )
Shawn William Hagerty,                            )          Case No.   18-40253
                                                  )
                        Debtor(s)      )

## POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

Comes now the Trustee, pursuant to §1329 (a)(1), modifies the Chapter 13 Plan, which was confirmed on August 20, 2018, as follows:

1.      Income was projected as $78,628 but actual income post-confirmation is $90,000.  Thus debtor's actual disposable income is $900 per month higher and thus plan payments must be $1,825 commencing monthly in December 2020.

/s/ David A. Rosenthal
David A. Rosenthal, Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and accurate copy of the foregoing has been forwarded to the following, via ECF Noticing System or United States mail, first class, postage prepaid, on the 17th day of December, 2020:

U.S. Trustee, One Michiana Sq., Rm. 555, 100 E. Wayne St., South Bend, IN
        46601
Juan A. Perez Jr., Perez & Perez, PO Box 943, Indianapolis, IN  46206

/s/ David A. Rosenthal
David A. Rosenthal, Chapter 13 Trustee